1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



FILED
OCT 2 7 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re Search Warrant, Arrest Warrant and Criminal Complaint  [sealed] | Misc no.  ORDER  2:08-MJ-0380 KJM |

The Court hereby orders that the Search Warrant, Arrest Warrant, and Criminal Complaint; the Affidavit in support thereof; and face pages, as well as this Application for Sealing Order, Declaration in Support Thereof, and Order in the above-referenced case, shall be sealed until further order of the Court.

DATED: 10/27, 2008

HON. KIMBERLY A. MUELLER
U.S. Magistrate Judge