1 | McGREGOR W. SCOTT
United States Attorney
2 | ROBIN R. TAYLOR
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2700





OCT 2 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,          )     08 MJ 0380 KJM
                                       )     08-SW 0460  KJM
11 |           Plaintiff,              )
                                       )     APPLICATION FOR UNSEALING
                                       )     ORDER; AND ORDER
12 |                                   )
                                       )
13 |      v.                           )
                                       )
14 | KYUNG YONG KIM, aka Jim,          )
                                       )
15 |           Defendant.              )
                                       )
                                       )
16

17

18        On October 27, 2008, a search warrant, arrest warrant, and

19 | criminal complaint were filed in the above-referenced case.  Since

20 | the search warrant and arrest warrants have been executed, it is no

21 | longer necessary for the Search Warrant, Arrest Warrant Criminal

22 | Complaint, Applications, Affidavits, and related documents to remain

23 | sealed. Thus, the government respectfully requests that they be

24 | unsealed.

DATED: October 29, 2008            McGREGOR W. SCOTT
25 |                                United States Attorney

26

27 |                                By /s/ Robin R. Taylor
                                       ROBIN R. TAYLOR
28 |                                    Assistant U.S. Attorney

1

1 | **Application for Unsealing Order & Order**
**Page 2**

2 |

3 |                                    **ORDER**

4 | SO ORDERED:

    DATED: October 29, 2008

5 |                                           HON. KIMBERLY MUELLER
                                          United States Magistrate

6 |

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |