```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,
                                         NO. CR. S-08-530 FCD
          Plaintiff,

     v.                                  ORDER OF NON-RELATED CASES

QI JIN CHEN,
     Jimmy Chen

          Defendant.
_____/
UNITED STATES OF AMERICA,
                                         NO. CR. S-08-531 MCE
          Plaintiff,

     v.

RAYMOND MAO, and
ELISA CHING,

          Defendants.

_____/
UNITED STATES OF AMERICA,
                                         NO. CR. S-08-532 GEB
          Plaintiff,

     v.

SUNSHINE PASCUAL,

          Defendant.
_____/
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | NO. CR. S-08-533 GEB |
|     v. | |
| MARIA PALA BROSNAN, | |
|     Defendant. | |
| _____/ | |
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | NO. CR. S-08-534 JAM |
|     v. | |
| KYUNG YONG KIM,<br>    aka Jim, | |
|     Defendant. | |
| _____/ | |
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | NO. CR. S-08-535 GEB |
|     v. | |
| DONGHUN JUN, | |
|     Defendant. | |
| _____/ | |
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | NO. CR. S-08-536 LKK |
|     v. | |
| JOSE QUEVEDO-MESA,<br>    aka Fernando, and<br>GRISELDA AVILA, | |
|     Defendants. | |
| _____/ | |
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | NO. CR. S-08-537 GEB |
|     v. | |
| YI NIU,<br>    aka Wilson | |
|     Defendant. | |
| _____/ | |

1 | The undersigned judge declines to relate the above-captioned
2 | cases pursuant to Local Rule 83-123(a).  Assignment of the
3 | matters to the same judge is not likely to effect a substantial
4 | savings of judicial effort or other economies.  While the actions
5 | may involve similar analyses with respect to application of the
6 | Sentencing Guidelines and/or loss calculations, the actions
7 | involve events specific to each party, the questions of fact are
8 | different, the questions of law are not novel, it is not clear
9 | that the same result should follow in both actions, and
10 | assignment to different judges would not entail substantial
11 | duplication of labor.
12 |     Therefore, CR.S-08-531 MCE, CR.S-08-532 GEB, CR.S-08-533
13 | GEB, CR.S-08-534 JAM, CR.S-08-535 GEB, CR.S-08-536 LKK, and CR.S-
14 | 08-537 GEB, shall not be reassigned to the undersigned judge.
15 |     IT IS SO ORDERED.
16 | DATED: December 15, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE